IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 02-1512-KAJ (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) ) | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, an Israeli corporation, | ) ) ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

**Supplemental Declaration of John W. Blanke III**

I, John W. Blanke III, declare and state as follows:

1.  I am the same John W. Blanke III who, on December 1, 2004, executed a declaration entitled "Declaration of John W. Blanke III," which I understand was submitted to the Court in connection with the captioned matter the following day.

2.  Teva has obtained data from IMS Health Incorporated ("IMS") concerning the prescription of fenofibrate products in the United States since November, 2004, when Abbott announced its impending switch from the current 54 mg and 160 mg tablets to its replacement 48 and 145 mg tablet formulation. The IMS data, in tabular form, is presented as Exhibits 1 and 2 to the declaration. In reviewing these tables, the indication "WNRX" refers to new prescriptions, whereas the indication "WTRX" refers to total prescriptions that are being filled.

3.  The data reveal that, as of the week of February 11, 2005, as reflected by the proportion of new prescriptions, over 93% of the fenofibrate tablet market has been converted from Abbott's current 54 mg and 160 mg tablets to its replacement 48 and 145 mg tablet formulation, and nearly 79% of all current prescriptions are for the replacement product. The pace of switch from the current 54 mg and 160 mg tablets to Abbott's replacement 48 and 145 mg tablet formulation is graphically depicted as the percentage of new prescriptions per period:

**Fenofibrate Market Conversion: Nov. 2004-Feb. 2005**



4.   Conversion to the replacement formulation is best gauged by reviewing new prescriptions, as these reflect the portion of patients that (a) are newly prescribed fenofibrate and (b) are represcribed fenofibrate.  Already, well less than 10% of the market remains for the current 54 mg and 160 mg tablets, and the trend suggests that the market will practically disappear within only a few more weeks.

5.   Teva's ANDA seeks approval to market a generic alternative to only Abbott's current 54 mg and 160 mg tablet formulation.  Accordingly, the rapid pace of conversion from these current formulations to the replacement 48 mg and 154 mg tablets reveals that Abbott's plan to convert the market to avoid generic competition is nearly complete.

6.   It is my opinion that, given the pace of conversion of the market from the current tablets to the replacement tablets, unless stay on FDA approval of Teva's ANDA is lifted within the next week, Teva will not be able to offer a viable generic alternative to Abbott's TriCor® franchise.

7.   I declare under penalty of perjury that the foregoing is true and correct, and if sworn as a witness, I would testify competently thereto.

___2/25/05_____
DATE

_____
John W. Blanke III

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2005, I caused to be electronically filed a true and correct copy of the Supplemental Declaration of John W. Blanke III with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Mary B. Graham, Esq.
**Morris, Nichols, Arsht & Tunnell**
Chase Manhattan Centre, 18th Floor
1201 N. Market St.
Wilmington, DE  19801

Frederick L. Cottrell, III, Esq.
Jeffrey L. Moyer, Esq.
**Richards, Layton & Finger**
One Rodney Square
Wilmington, DE 19801

Mary Matterer, Esq.
**Morris James Hitchens & Williams LLP**
222 Delaware Avenue
Wilmington, DE  19801

I further certify that on March 1, 2005,  I caused a copy of the Supplemental Declaration of John W. Blanke III to be served by hand-delivery on the following counsel of record:

Mary B. Graham, Esq.
**Morris, Nichols, Arsht & Tunnell**
Chase Manhattan Centre, 18th Floor
1201 N. Market St.
Wilmington, DE  19801

Frederick L. Cottrell, III, Esq.
Jeffrey L. Moyer, Esq.
**Richards, Layton & Finger**
One Rodney Square
Wilmington, DE 19801

Mary Matterer, Esq.
**Morris James Hitchens & Williams LLP**
222 Delaware Avenue
Wilmington, DE  19801

I further certify that on March 1, 2005, I caused a copy of the Supplemental Declaration of John W. Blanke III to be served on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS:**

James A. White, Esq.
**Jones Day**
77 W. Wacker Drive
Chicago, Illinois 60601-3939

Charles D. Ossola, Esq.
Leslie M. Hill, Esq.
**Arnold & Porter LLP**
555 12th Street, N.W.
Washington, D.C. 20004

Mark R. Shanks, Esq.
**Reed Smith LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C.  20005

William F. Cavanaugh, Jr., Esq.
Chad Peterman, Esq.
**Patterson, Belknap, Webb, &**
  **Tyler LLP**
1133 Avenue of the Americas
New York, NY  10036

Timothy C. Bickham, Esq.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, NW
Washington, DC  20036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Limited*